# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA KEARNS; JONE RODLEY; and THE RODLEY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK; WELLS FARGO ESCROW; FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, LLC; and TIM PEARCE,<br><br>Defendants. | Case No.: 18cv3-MMA (JLB)<br><br>**ORDER RE: DISMISSAL PURUSANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)** |

Plaintiffs Jena Kearns, Jone Rodley, and The Rodley Family Trust (collectively, "Plaintiffs") commenced this action in the Superior Court of the State of California for the County of San Diego on October 3, 2017. *See* Doc. No. 1-2. Plaintiff named Wells Fargo Bank, N.A. ("Wells Fargo"), First American Loan Star Trustee Services LLC ("First American"), and Tim Pearce as defendants in the Complaint. *See id.* On January 2, 2018, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), also erroneously sued separately as Wells Fargo Escrow, removed the instant action to this Court. *See* Doc. No. 1. The Court dismissed Wells Fargo from this action on March 22, 2018. *See* Doc. No. 14. On July 11, 2018, the Court issued an order requiring Plaintiffs to show cause in

writing why defendants First American and Tim Pearce should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve. *See* Doc. No. 15.

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

Plaintiffs have not responded to the Court's order, and the time for doing so has expired. Accordingly, based on Plaintiff's failure to show good cause for defective service in this case, the Court **DISMISSES** defendants First American and Tim Pearce from this action **without prejudice**. The Clerk of Court is instructed to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated: August 20, 2018

HON. MICHAEL M. ANELLO
United States District Judge