

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jena Kearns, in Pro Per; Jone Rodley, in Pro Per and as Trustee of the Rodley Family Trust; The Rodley Family Trust; Roes 1 through 10<br><br>                            **Plaintiff,**<br>V.<br><br>Wells Fargo Bank; Wells Fargo Escrow; First American Loan Star Trustee Services LLC; Tim Pearce; Does 1 through 25<br>                            **Defendant.** | Civil Action No.   18cv0003-MMA(JLB)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs Jena Kearns, Jone Rodley, and The Rodley Family Trust (collectively, "Plaintiffs") commenced this action in the Superior Court of the State of California for the County of San Diego on October 3, 2017. Plaintiff named Wells Fargo Bank, N.A. ("Wells Fargo"), First American Loan Star Trustee Services LLC ("First American"), and Tim Pearce as defendants in the Complaint. On January 2, 2018, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), also erroneously sued separately as Wells Fargo Escrow, removed the instant action to this Court. The Court dismissed Wells Fargo from this action on March 22, 2018. On July 11, 2018, the Court issued an order requiring Plaintiffs to show cause in writing why defendants First American and Tim Pearce should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve. Plaintiffs have not responded to the Court's order, and the time for doing so has expired. Accordingly, based on Plaintiff's failure to show good cause for defective service in this case, the Court dismisses defendants First American and Tim Pearce from this action without prejudice.

| | |
|---|---|
| **Date:**     8/20/18 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By: s/ R. Chapman<br>                            R. Chapman, Deputy |